ADDRESSOGRAPH CO. v. H. B. GOETCHIUS & CO.

(Supreme Court, Appellate Term.   November 10, 1911.)

JUDGMENT (§ 145*)—OPENING DEFAULT—REQUISITES OF MOVING PAPERS.

A motion to open a default judgment is properly denied, where the moving papers do not contain an affidavit of merits or a proposed answer.

[Ed. Note.—For other cases, see Judgment, Cent. Dig. §§ 271, 292–295; Dec. Dig. § 145.*]

Appeal from Municipal Court, Borough of Manhattan, Fifth District.

Action by the Addressograph Company against H. B. Goetchius & Co.  From an order of the Municipal Court of the City of New York, refusing to open a default judgment, defendant appeals.   Affirmed.

Argued before SEABURY, GUY, and COHALAN, JJ.

Thomas Moore Simonton, for appellant.

Jacob S. Katzman, for respondent.

PER CURIAM.  This is an appeal from an order denying a motion to open a default, and to vacate a judgment of the Municipal Court, rendered in favor of the plaintiff against the defendant.  The moving papers do not contain either an affidavit of merits or a proposed answer, and presumably for this reason the motion was denied. Schumpp v. Interurban Ry. Co., 81 App. Div. 576, 81 N. Y. Supp. 366; Reid v. Jackson's Exp. Co., 107 N. Y. Supp. 633; Bloch v. Weinstein, 113 N. Y. Supp. 1067.

Order affirmed, with costs, with leave to defendant to renew in the court below upon proper papers.